UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CR00606 CAS (AGF) |
| TISHANDRA A. BURNS, | ) |
| Defendant. | ) |

## ORDER

Defendant's Motion for Additional Time to File Pretrial Motions [Doc. #25] is denied without prejudice. In light of the December 3, 2007 trial setting, the schedule related to pretrial motions cannot be extended. In the event Defendant obtains a continuance of the trial setting, the undersigned will thereafter extend the pretrial deadlines on further motion of Defendant.

Dated this 5th day of November, 2007.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE